**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                            General Court Number
Clerk                                                                                                                      415.522.2000

August 22, 2008

US District Court
Eastern District of California
Office of the Clerk
501 "I" Street
Sacramento, CA 95814

RE: CV 08-03839 WHA  DAMONE STOREY-v-USA

Dear Clerk,

        Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

            ☐        Certified copy of docket entries.

            ☐        Certified copy of Transferral Order.

            ☐        Original case file documents.

            ☒        Please access the electronic case file for additional pleadings you may need.  See

                    the attached instructions for details.

        Please acknowledge receipt of the above documents on the attached copy of this letter.

                                Sincerely,
                                RICHARD W. WIEKING, Clerk

                                *Susan Imbriani*

                                by:  Susan Imbriani
                                Case Systems Administrator

Enclosures
Copies to counsel of record